**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1726**

GERALD J. STEPHENSON,

             Plaintiff - Appellant,

       v.

J. SMITH ENTERPRISES, d/b/a McDonald's Corp.,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (4:19-cv-00070-RAJ-DEM)

Submitted:  October 20, 2020                          Decided:  October 23, 2020

Before GREGORY, Chief Judge, DIAZ, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gerald J. Stephenson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald J. Stephenson appeals the district court's order dismissing his complaint for lack of subject-matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stephenson v. J. Smith Enters.*, No. 4:19-cv-00070-RAJ-DEM (E.D. Va. June 4, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*